**UNITED ACCESS TECHNOLOGIES, LLC (formerly Inline Connection Corporation, Broadband Technology Innovations, LLC, and Pie Squared, LLC), Plaintiff–Appellant,**

v.

**EARTHLINK, INC., Defendant–Cross Appellant.**

Nos. 2010–1251, 2010–1252, 2010–1253, 2010–1254, 2010–1255, 2010–1256, 2010–1257, 2010–1258, 2010–1259, 2010–1260, 2010–1261, 2010–1262, 2010–1263, 2010–1264, 2010–1265, 2010–1266, 2010–1267, 2010–1268, 2010–1269, 2010–1270, 2010–1271, 2010–1272, 2010–1273.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2011.

Jeffrey R. Bragalone, Shore Chan Bragalone DePumpo LLP, of Dallas, TX, argued for plaintiff-appellant. On the brief were Alfonso Garcia Chan and Theresa M. Dawson and Daniel F. Olejko.

Matthew C. Gaudet, Duane Morris, LLP, of Atlanta, GA, argued for defendant-cross appellant. With him on the brief were L. Norwood Jameson and Leah J. Poynter.

Before Chief Judge RADER, LINN, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**